# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT WOOTEN, | NO. ED CV 11-0362 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| V. M. Almager, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 15, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE